```
 1  HILL WYNNE TROOP & MEISINGER
    C. DENNIS LOOMIS
 2  ROBERT J. LENT
    10940 Wilshire Boulevard
 3  Los Angeles, California  90024
    Telephone:  (213) 824-7000
 4
 5  Attorneys for Plaintiffs
 6  MOON SIL CHOI
    MYUNG HO CHOI
 7  1328 Long Beach Boulevard
    Long Beach, California 90813
 8  Telephone:  (213) 591-0665
 9  Defendants in Pro Per
10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12
13  UNITED ARTISTS PICTURES, INC.;      ) CASE NO. 90-3012 RJK
    COLUMBIA PICTURES INDUSTRIES, INC.; )
14  WARNER BROS., INC.; THE WALT DISNEY )
    COMPANY; TWENTIETH CENTURY FOX FILM )
15  CORPORATION; UNIVERSAL CITY STUDIOS,) ORDER RE PRELIMINARY
    INC.; ORION PICTURES CORPORATION;   ) INJUNCTION
16  PARAMOUNT PICTURES CORPORATION;     )
    METRO-GOLDWYN-MAYER PICTURES, INC.; )
17  TRI-STAR PICTURES, INC.; ATLANTIC   )
    VIDEO CO. INC.; IMPERIAL            )
18  ENTERTAINMENT, CORP.; INTERNATIONAL )
    VIDEO ENTERTAINMENT INC.; MEX-      )
19  AMERICAN HOME VIDEO CORPORATION;    )
    MEXCINEMA VIDEO CORP.; MILLION DOLLAR)
20  VIDEO CORP.; NEW WORLD PICTURES,    )
    INC.; PLAYBOY VIDEO ENTERTAINMENT   )
21  GROUP, INC.; REPUBLIC PICTURES CORPOR)
    ATION; VESTRON, INC.; GULF TRADERS  )
22  INC. T/A VIDEO SOUND; and           )
    RCA/COLUMBIA PICTURES HOME VIDEO,   )
23                                      )
              Plaintiffs,                )
24                                      )
         v.                              )
25                                      )
    MOON SIL CHOI and MYUNG HO CHOI, dba )
26  VIDEO Q,                             )
                                         )
27            Defendants.                )
    _____)
28
```

027-5222

This matter having come before the Court on Application of Plaintiffs United Artists Pictures, Inc., Columbia Pictures Industries, Inc., Warner Bros., Inc., The Walt Disney Company, Twentieth Century Fox Film Corporation, Universal City Studios, Inc., Orion Pictures Corporation, Paramount Pictures Corporation, Metro-Goldwyn-Mayer Pictures, Inc., Tri-Star Pictures, Inc., Atlantic Video Co. Inc., Imperial Entertainment, Corp., International Video Entertainment Inc., Mex-American Home Video Corporation, MexCinema Video Corp., Million Dollar Video Corp., New World Pictures, Inc., Republic Pictures Corporation, Vestron, Inc., Gulf Traders Inc. T/A Video Sound, and RCA/Columbia Pictures Home Video, (collectively "Plaintiffs"), for an Order to Show Cause Re Preliminary Injunction and effective service thereon Defendants having been made and no opposition thereto having been made;

AND, the Court having read the Complaint, the declarations and Memorandum of Points and Authorities filed in support of the Application, and having heard oral argument from counsel for Plaintiffs at the hearing on the Order To Show Cause Re Preliminary Injunction;

AND, good cause appearing, it is

ORDERED, as follows:

1. Defendants Moon Sil Choi and Myung Ho Choi, dba Video Q ("Defendants"), together with their agents, employees, attorneys, and those acting in concert or conspiracy with them, are hereby preliminarily enjoined and restrained, during the pendency of this action from:

    (a)  infringing Plaintiffs' rights under copyright

027-5222

in the motion pictures to which Plaintiffs are owners of exclusive rights under the respective copyrights in such motion pictures, including those identified in Exhibit "A" to the Complaint on file herein (the motion pictures identified in Exhibit "A" to the Complaint being referred to hereinafter as "the Subject Motion Pictures");

(b)  manufacturing, copying, duplicating, selling, renting, marketing, leasing, distributing or otherwise disposing of any unauthorized videocassette copies of the Subject Motion Pictures or of any other motion pictures to which Plaintiffs are owners of exclusive rights under the respective copyrights in such motion pictures;

(c)  using the titles of the Subject Motion Pictures, or of any other motion pictures to which Plaintiffs are owners of exclusive rights under the respective copyrights in such motion pictures, or the trademarks, trade names or logos of any of Plaintiffs, on or in connection with unauthorized videocassettes in a manner which is likely to cause confusion as to source, or otherwise likely to cause confusion, mistake or deception in connection with the lawful distribution, advertising, promotion, sale, rentals, and other lawful exploitation of authorized videocassettes of the Subject Motion Pictures or of any other motion pictures to which Plaintiffs are owners of exclusive rights under the respective copyrights in such motion pictures;

ORDERED, that the bond heretofore submitted on behalf of Plaintiffs in the amount of $7,500 shall be deemed adequate security for the payment of such costs and damages which may be

///

3

1  incurred by Defendants if the relief herein is found to have been
2  improvidently granted.
3  DATED: 7.25, 1990

/s/ David W. Williams
UNITED STATES DISTRICT JUDGE
for Judge Kelleher

5  HILL WYNNE TROOP & MEISINGER
   C. DENNIS LOOMIS
6  ROBERT J. LENT

8  By: /s/ C. Dennis Loomis
   C. Dennis Loomis
9   Attorneys for Plaintiffs

HILL WYNNE TROOP & MEISINGER
LAWYERS
10940 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90024-3902
TELEPHONE (213) 824-7000

4